AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| CURTIS ALAN ST ANDRE | ) | |
| | ) | 2:23-mj- 74 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___June 20, 2023 - June 23, 2023___ in the county of ___Marquette___ in the ___Western___ District of ___Michigan___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sections 846, 841(a)(1), 841(b)(1)(C) | Attempted possession with intent to distribute methamphetamine |

This criminal complaint is based on these facts:

See attached Continuation.

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

_____
*Complainant's signature*

SA Joshua Filz, HSI
_____
*Printed name and title*

Date: ___12/04/2023___

_____
*Judge's signature*

City and state: ___Marquette, Michigan___

Maarten Vermaat , U.S. Magistrate Judge
_____
*Printed name and title*