UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　Case No. 2:23-mj-74

　　　　　Plaintiff,　　　　　　　　　　　　　　Hon. Maarten Vermaat
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
v.

CURTIS ALAN ST ANDRE,

　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　／

## ORDER FOR DETENTION

An initial appearance was held on December 6, 2023 in this matter. The Government filed a motion for detention and the Court was going to hold a hearing on detention on Monday, December 11, 2023. Defendant was hospitalized on December 9, 2023 and the Court held a video conference with counsel on December 11, 2023. At that conference, defense counsel advised the Court that Defendant would reserve the issue of detention and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: December 15, 2023　　　　　　　　　　/s/ *Maarten Vermaat*
　　　　　　　　　　　　　　　　　　　　　　　MAARTEN VERMAAT
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE